■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL SMITH, Appellant. [847 NYS2d 465]—Appeal by the defendant from an order of the Supreme Court, Richmond County (Rienzi, J.), dated February 6, 2006, which, after a hearing to redetermine the defendant's sex offender risk level pursuant to the stipulation of settlement in *Doe v Pataki* (3 F Supp 2d 456 [1998]), designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court's determination to designate him a level three sex offender was supported by clear and convincing evidence, and thus, should not be disturbed (*see* Correction Law § 168-n [3]; *People v Morris*, 33 AD3d 778 [2006]; *People v Robert I.*, 33 AD3d 777 [2006]). Crane, J.P., Rivera, Angiolillo and Dickerson, JJ., concur.